IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE MARY LANNING MEMORIAL HOSPITAL ASSOCIATION, | |
| Plaintiff, | 4:22CV3130 |
| vs. | ORDER |
| CADRE MEDICAL TECHNOLOGIES, LLC, and DAVID L. YOUNG, | |
| Defendants. | |

This action was initially filed in the District Court of Adams County, Nebraska, and was removed to this forum. Plaintiff, The Mary Lanning Memorial Hospital Association d/b/a/ Mary Lanning Healthcare has moved to change the trial location to Omaha, Nebraska. ([Filing No. 13](#)). Plaintiff has conferred with Defendants' counsel and the motion is unopposed.

Accordingly,

IT IS ORDERED:

1) The motion to change the trial location, ([Filing No. 13](#)), is granted.

2) The trial of this case will be held in Omaha, Nebraska.

Dated this 26th day of July, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge